UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:20 CR 13 SNLJ / PLC |
| | ) | |
| DAVID AUBUCHON, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER RELEASING DEFENDANT FROM CUSTODY

Defendant having signed an appearance bond on January 15, 2020, and arrangements having been made by the Pretrial Services Office for defendant David Aubuchon to enter in-patient drug therapy today,

**IT IS HEREBY ORDERED** that the United States Marshals Service release defendant DAVID AUBUCHON from custody.

**IT IS FURTHER ORDERED** that upon his release from the custody of the Marshals Service, defendant DAVID AUBUCHON must report immediately to the United States Pretrial Services Office and submit to the custody of the intake personnel of the designated inpatient drug therapy facility, as directed by the Pretrial Services Office.

**IT IS FURTHER ORDERED** that **as a condition of pretrial release defendant DAVID AUBUCHON**  reside at the designated inpatient drug therapy facility until released by the facility, and abide by all of the facility's rules and policies.

**IT IS FURTHER ORDERED** that defendant comply with all other conditions of release imposed by the Court.

                                          /s/ David D. Noce
                                  **UNITED STATES MAGISTRATE JUDGE**

Signed on January 22, 2020.